

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 99-2859-CIV-JORDAN

CARIBBEAN SANDS, LTD.           )
       Plaintiff               )
                               )
vs.                             )
                               )
EQUITY MUTUAL GROUP, et al.     )
       Defendants              )
_____ )

#### ADMINISTRATIVE ORDER

    Guy Bello's motion to deny transfer [D.E. 60] is DENIED AS MOOT in light of this court's order denying Carribean Sands' motion to transfer [D.E. 59].

    DONE and ORDERED in chambers in Miami, Florida, this 4th day of February, 2002.

                                              _____
                                              Adalberto Jordan
                                              United States District Judge

Copies to:   Magistrate Judge Bandstra
              Todd D. Davis, Esq.
              Philip Steinberg, Esq.
              Andrew Carey Barnard, Esq. [Fax: 305-669-9666]
              Deborah Bello-Knopp, *pro se*, 1218 E. Phillips Dr., Littleton, CO 80122
              Guy Bello, *pro se*, 12765 W. Hampton Ave. #207, Butler, WI 50337
              Guy Bello, *pro se*, 12600 W. Bluemound Rd. #604, Elm Grove, WI 53122
              Andrea Brill, *pro se*, 8131 Congress St., Milwaukee, WI 53218
              Donna Brill, *pro se*, 4930 N. 73rd St., Milwaukee, WI 53218